[Until this opinion appears in the Ohio Official Reports advance sheets, it may be cited as *State v. Orr,* Slip Opinion No. 2017-Ohio-552.]

NOTICE

This slip opinion is subject to formal revision before it is published in an advance sheet of the Ohio Official Reports.  Readers are requested to promptly notify the Reporter of Decisions, Supreme Court of Ohio, 65 South Front Street, Columbus, Ohio 43215, of any typographical or other formal errors in the opinion, in order that corrections may be made before the opinion is published.

SLIP OPINION NO. 2017-OHIO-552

THE STATE OF OHIO, APPELLANT, *v.* ORR, APPELLEE.

**[Until this opinion appears in the Ohio Official Reports advance sheets, it may be cited as *State v. Orr,* Slip Opinion No. 2017-Ohio-552.]**

*Appeal dismissed as having been improvidently accepted.*

(No. 2015-1847—Submitted February 9, 2017—Decided February 22, 2017.)

APPEAL from the Court of Appeals for Cuyahoga County,

No. 102460, 2015-Ohio-4081.

_____

{¶ 1} This cause is dismissed as having been improvidently accepted.

O'CONNOR, C.J., and O'DONNELL, KENNEDY, FRENCH, O'NEILL, FISCHER, and DEWINE, JJ., concur.

_____

Michael C. O'Malley, Cuyahoga County Prosecuting Attorney, and Daniel T. Van, Assistant Prosecuting Attorney, for appellant.

Robert L. Tobik, Cuyahoga County Public Defender, and Erika B. Cunliffe, Assistant Public Defender, for appellee.

Carol Hamilton O'Brien, Delaware County Prosecuting Attorney, and Douglas N. Dumolt, Assistant Prosecuting Attorney, urging reversal for amicus curiae Ohio Prosecuting Attorneys Association.

Timothy Young, Ohio Public Defender, and Charlyn Bohland, Assistant Public Defender; National Juvenile Defender Center and Nadia Natasha Seeratan; and Juvenile Law Center and Marsha L. Levick, urging affirmance for amici curiae Office of the Ohio Public Defender, National Juvenile Defender Center, and Juvenile Law Center.

_____